1  WILLIAM S. KROGER, JR., California State Bar No. 187952
   Attorney at Law
2  8888 Olympic Boulevard
   First Floor
3  Beverly Hills, California 90211
   (323) 655-5700
4  (323) 655-7446 Facsimile
   wskroger@laattorney.com
5
   Attorney for Defendant
6

FILED
JAN 2 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFOR.
DEPUTY CLERK

LODGED
JAN 2 0 2006
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

'Submitted on paper'

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 03:-CR-00074GEB |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING OF DEFENDANT FERNANDO GUERRA (PROPOSED ORDER) |
| vs. | |
| FERNANDO GUERRA, | |
| Defendant | |

It is hereby stipulated by and between the parties, Assistant United States Attorney, Daniel S. Linhardt, Attorney for the plaintiff, United States of America and Attorney William S. Kroger, Jr., for the Defendant, Fernando Guerra, that the Sentencing hearing presently set for January 27, 2006 at 9:00 a.m. be continued to March 24, 2006 at 9:00 a.m.

The parties agree to the continuance as counsel for the defendant has just recently been retained to represent the defendant, and does not have any discovery regarding the case. In addition, counsel has a non refundable ski trip planned with his family on the date presently set for sentencing.

///
///
///
///

-1-

Respectfully submitted:

Dated: January 17, 2006

_William S. Kroger, Jr._
Attorney for Defendant Guerra

Dated: January 17, 2006

_Daniel Linhardt (per telephone Authorization)_
Daniel S. Linhardt
Assistant United States Attorney

(PROPOSED ORDER)

IT IS HEREBY ORDERED That the sentencing of the defendant, Fernando Guerra is continued from January 27, 2006 at 9:00 a.m. to March 24, 2006 at 9:00 a.m.

DATED: January 25, 2006

_HONORABLE GARLAND E. BURRELL_
United States District Judge