WILLIAM S. KROGER, JR., California State Bar No. 187952
Attorney at Law
8888 Olympic Boulevard
First Floor
Beverly Hills, California 90211
(323) 655-5700
(323) 655-7446 Facsimile
wskroger@laattorney.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 03:-CR-00074GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING OF DEFENDANT |
| vs. | ) | FERNANDO GUERRA (PROPOSED |
| | ) | ORDER) |
| FERNANDO GUERRA, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

It is hereby stipulated by and between the parties, Assistant United States Attorney, Laurel White, Attorney for the plaintiff, United States of America and Attorney William S. Kroger, Jr., for the Defendant, Fernando Guerra, that the Sentencing hearing presently set for March 24, 2006 at 9:00 a.m. be continued to May 26, 2006 at 9:00 a.m.

The parties agree to the continuance as counsel for the defendant has just recently been informed that his presence is required on March 23 at 2:15pm, in the Western District of Texas for a hearing on a Motion to Suppress in UNITED STATES OF AMERICA V. SAMUEL SEFREN, MO-06-CR-008.

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted:

Dated: March 6, 2006

/s/   William S. Kroger, Jr.

William S. Kroger, Jr.
Attorney for Defendant Guerra

Dated: March 6, 2006

/s/ per telephone authorization
Laurel White
Assistant United States Attorney

(PROPOSED ORDER)

IT IS HEREBY ORDERED That the sentencing of the defendant, Fernando Guerra is continued
from March 24, 2006 at 9:00 a.m. to May 26 2006 at 9:00 a.m.

DATED:  March 13, 2006

/s/ Garland E. Burrell, Jr.

GARLAND E. BURRELL, JR.

United States District Judge

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com