UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:03-cr-00074-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE CONCERNING DISPOSITION OF BAIL MONEY ON DEPOSIT** |
| FERNANDO ANDREW GUERRA, | |
| Defendant. | |

This Order to Show Cause ("OSC") issues in this case because the undersigned judge has been told by the Financial Unit of this Court that an order is required to dispose of bail money on deposit. Therefore, the Clerk of this Court shall include in her service of this OSC any surety at its last known address appearing in the records of this Court. Each recipient of this order is provided the opportunity to brief the issue of what should happen to five thousand dollars ($5,000) or more in bail deposit money still in the possession of the Clerk's Office, including whether the Court should issue an order forfeiting the bail to the government, using it for restitution, or exonerating it to the surety. Any response shall be filed no later than October 20, 2013. If no response is filed, or if an inadequate

1

response is filed, an order could issue disposing of the money forthwith as the undersigned judge opines is appropriate.

Dated: September 30, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge