UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:03-cr-00074-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| FERNANDO ANDREW GUERRA, | |
| Defendant. | |

On October 1, 2013, an Order to Show Cause ("OSC") issued concerning disposition of over five thousand dollars ($5,000.00) in bail money deposited with the Clerk of the Court. (Order to Show Cause, ECF No. 44.) The OSC provided the parties, and any surety appearing in the records of the Court, the opportunity to brief the referenced issue by October 20, 2013. (Id.)

On October 18, 2013, the government filed a response to the OSC, "mov[ing under 28 U.S.C. § 2044] that the Court order the Clerk of the Court to apply the approximately $5,012.03 in bail money in [its] possession . . . toward the restitution this Court ordered [D]efendant . . . pay in [the] June 9, 2006 judgment." (Gov't Brief 1:17-20, ECF No. 46.) No other response to the OSC was filed.

1

28 U.S.C. § 2044 prescribes in relevant part:

> On motion of the United States attorney, the court shall order any money belonging to and deposited by or on behalf of the defendant with the court for the purposes of a criminal appearance bail bond (trial or appeal) to be held and paid over to the United States attorney to be applied to the payment of any assessment, fine, restitution, or penalty imposed upon the defendant.

The government's motion under § 2044 is granted. Therefore, the Clerk of the Court shall apply the over five thousand dollars ($5,000.00), which was posted as a bail bond for Defendant, toward the restitution he was ordered to pay.

Dated:  October 22, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2